**#626 - Gerald K. Ulrich**  Voucher #(52864)  Pay Date: 05/09/2024
Pay Period: 04/21/2024-05/04/2024

**Earnings**

| | Hours | Current | YTD |
|---|---|---|---|
| PTO | | | 1,250.00 |
| Salary | 80.00 | 2,500.00 | 23,750.00 |
| **Gross Pay** | | 2,500.00 | 25,000.00 |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| Child Support | 291.24 | 2,912.40 | |
| Dental Insurance | 57.51 | 575.10 | [1] |
| Med Ins | 288.00 | 2,880.00 | [1] |
| Uniform | | 72.00 | |
| 401k | 75.00 | 750.00 | [2] |
| **Total** | 711.75 | 7,189.50 | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,079.49 | 20,794.90 | 173.23 | 1,350.75 |
| FICA | 2,154.49 | 21,544.90 | 133.58 | 1,335.80 |
| MEDI | 2,154.49 | 21,544.90 | 31.24 | 312.40 |
| SIT:ND | 2,079.49 | 20,794.90 | 2.00 | 20.00 |
| **Total** | | | 340.05 | 3,018.95 |

**Net Pay**

| | Current | YTD |
|---|---|---|
| | 1,448.20 | 14,791.55 |
| Checking (3546) | 1,448.20 | 14,791.55 |

**Accruals**

| | Accrued To | Accrued | Taken | Bal. |
|---|---|---|---|---|
| PTO | 05/05/2024 | Hrs: 81.21 | 8.00 | 73.21 |
| Short Term Disability | 05/05/2024 | Hrs: 26.98 | 0.00 | 26.98 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal & State Withholding Taxable Wage

WEP-DAG Buyer, LLC 2001 East 39th St N, Sioux Falls, SD 57104      1 of 1

**WEP-DAG Buyer, LLC**
2001 East 39th St N
Sioux Falls, SD 57104

Pay Date: 05/09/2024
Voucher #: (52864)

**Deposited To The Account(s) Of**
Gerald K. Ulrich

| Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|
| 1 | Checking | XXXXX3546 | 091310521 | 1,448.20 |

626  05/09/2024  (52864)

**Gerald K. Ulrich**
1802 40th St S
Apt 306
Fargo, ND 58103

**Non-Negotiable - This Is Not A Check**

**WEP-DAG Buyer, LLC**
2001 East 39th St N
Sioux Falls, SD 57104

| #626 - Gerald K. Ulrich | Voucher #(52973) | Pay Date: 05/23/2024 |
|---|---|---|
| | | Pay Period: 05/05/2024-05/18/2024 |

### Earnings

| | Hours | Current | YTD |
|---|---|---|---|
| PTO | | | 1,250.00 |
| Salary | 80.00 | 2,500.00 | 26,250.00 |
| **Gross Pay** | | **2,500.00** | **27,500.00** |

### Deductions

| | Current | YTD |
|---|---|---|
| Child Support | 291.24 | 3,203.64 |
| Dental Insurance | 57.51 | 632.61 [1] |
| Med Ins | 288.00 | 3,168.00 [1] |
| Uniform | | 72.00 |
| 401k | 75.00 | 825.00 [2] |
| **Total** | **711.75** | **7,901.25** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,079.49 | 22,874.39 | 173.23 | 1,523.98 |
| FICA | 2,154.49 | 23,699.39 | 133.58 | 1,469.38 |
| MEDI | 2,154.49 | 23,699.39 | 31.24 | 343.64 |
| SIT:ND | 2,079.49 | 22,874.39 | 2.00 | 22.00 |
| **Total** | | | **340.05** | **3,359.00** |

| **Net Pay** | | **1,448.20** | **16,239.75** |
|---|---|---|---|
| | Checking (3546) | 1,448.20 | 16,239.75 |

### Accruals

| | Accrued To | | Accrued | Taken | Bal. |
|---|---|---|---|---|---|
| PTO | 05/19/2024 | Hrs: | 85.82 | 8.00 | 77.82 |
| Short Term Disability | 05/19/2024 | Hrs: | 26.98 | 0.00 | 26.98 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal & State Withholding Taxable Wage

WEP-DAG Buyer, LLC 2001 East 39th St N, Sioux Falls, SD 57104    1 of 1

---

**WEP-DAG Buyer, LLC**
2001 East 39th St N
Sioux Falls, SD 57104

| Pay Date: | 05/23/2024 |
|---|---|
| Voucher #: | (52973) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Gerald K. Ulrich | 1 | Checking | XXXXX3546 | 091310521 | 1,448.20 |

626  05/23/2024  (52973)

**Gerald K. Ulrich**
1802 40th St S
Apt 306
Fargo, ND 58103

**Non-Negotiable - This Is Not A Check**

**WEP-DAG Buyer, LLC**
2001 East 39th St N
Sioux Falls, SD 57104

626  05/23/2024  (52973)

**Gerald K. Ulrich**
1802 40th St S
Apt 306
Fargo, ND 58103

**Personal & Confidential**