| #626 - Gerald K. Ulrich | Voucher #(53074) | Pay Date: 06/06/2024 |
|---|---|---|
| | | Pay Period: 05/19/2024-06/01/2024 |

### Earnings

| | Hours | Current | YTD |
|---|---|---|---|
| PTO | | | 1,250.00 |
| Salary | 80.00 | 2,500.00 | 28,750.00 |
| Salary Holiday | 8.00 | | |
| **Gross Pay** | | **2,500.00** | **30,000.00** |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| Child Support | 291.24 | 3,494.88 | |
| Dental Insurance | 57.51 | 690.12 | [1] |
| Med Ins | 288.00 | 3,456.00 | [1] |
| Uniform | | 72.00 | |
| 401k | 75.00 | 900.00 | [2] |
| **Total** | **711.75** | **8,613.00** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,079.49 | 24,953.88 | 173.23 | 1,697.21 |
| FICA | 2,154.49 | 25,853.88 | 133.58 | 1,602.96 |
| MEDI | 2,154.49 | 25,853.88 | 31.24 | 374.88 |
| SIT:ND | 2,079.49 | 24,953.88 | 2.00 | 24.00 |
| **Total** | | | **340.05** | **3,699.05** |

| **Net Pay** | | **1,448.20** | **17,687.95** |
|---|---|---|---|
| Checking (3546) | | 1,448.20 | 17,687.95 |

### Accruals

| | Accrued To | | Accrued | Taken | Bal. |
|---|---|---|---|---|---|
| PTO | 06/02/2024 | Hrs: | 90.44 | 8.00 | 82.44 |
| Short Term Disability | 06/02/2024 | Hrs: | 26.98 | 0.00 | 26.98 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal & State Withholding Taxable Wage

WEP-DAG Buyer, LLC 2001 East 39th St N, Sioux Falls, SD 57104                   1 of 1

---

**WEP-DAG Buyer, LLC**
2001 East 39th St N
Sioux Falls, SD 57104

| Pay Date: | 06/06/2024 |
|---|---|
| Voucher #: | (53074) |

| **Deposited To The Account(s) Of** | **Deposit #** | **Account Type** | **Account #** | **Transit ABA** | **Deposit** |
|---|---|---|---|---|---|
| Gerald K. Ulrich | 1 | Checking | XXXXX3546 | 091310521 | 1,448.20 |

626  06/06/2024  (53074)

**Gerald K. Ulrich**
1802 40th St S
Apt 306
Fargo, ND 58103

**Non-Negotiable - This Is Not A Check**

**WEP-DAG Buyer, LLC**
2001 East 39th St N
Sioux Falls, SD 57104

626  06/06/2024  (53074)

**Gerald K. Ulrich**
1802 40th St S
Apt 306
Fargo, ND 58103

**Personal & Confidential**

| #626 - Gerald K. Ulrich | Voucher #(52973) | Pay Date: 05/23/2024 |
| --- | --- | --- |
| | | Pay Period: 05/05/2024-05/18/2024 |

### Earnings

| | Hours | Current | YTD |
| --- | --- | --- | --- |
| PTO | | | 1,250.00 |
| Salary | 80.00 | 2,500.00 | 26,250.00 |
| **Gross Pay** | | **2,500.00** | **27,500.00** |

### Deductions

| | Current | YTD |
| --- | --- | --- |
| Child Support | 291.24 | 3,203.64 |
| Dental Insurance | 57.51 | 632.61 [1] |
| Med Ins | 288.00 | 3,168.00 [1] |
| Uniform | | 72.00 |
| 401k | 75.00 | 825.00 [2] |
| **Total** | **711.75** | **7,901.25** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
| --- | --- | --- | --- | --- |
| FIT | 2,079.49 | 22,874.39 | 173.23 | 1,523.98 |
| FICA | 2,154.49 | 23,699.39 | 133.58 | 1,469.38 |
| MEDI | 2,154.49 | 23,699.39 | 31.24 | 343.64 |
| SIT:ND | 2,079.49 | 22,874.39 | 2.00 | 22.00 |
| **Total** | | | **340.05** | **3,359.00** |

| **Net Pay** | | **1,448.20** | **16,239.75** |
| --- | --- | --- | --- |
| Checking (3546) | | 1,448.20 | 16,239.75 |

### Accruals

| | Accrued To | | Accrued | Taken | Bal. |
| --- | --- | --- | --- | --- | --- |
| PTO | 05/19/2024 | Hrs: | 85.82 | 8.00 | 77.82 |
| Short Term Disability | 05/19/2024 | Hrs: | 26.98 | 0.00 | 26.98 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal & State Withholding Taxable Wage

---

WEP-DAG Buyer, LLC 2001 East 39th St N, Sioux Falls, SD 57104    1 of 1

**WEP-DAG Buyer, LLC**
2001 East 39th St N
Sioux Falls, SD 57104

| Pay Date: | 05/23/2024 |
| --- | --- |
| Voucher #: | (52973) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
| --- | --- | --- | --- | --- | --- |
| Gerald K. Ulrich | 1 | Checking | XXXXX3546 | 091310521 | 1,448.20 |

626   05/23/2024   (52973)

**Gerald K. Ulrich**
1802 40th St S
Apt 306
Fargo, ND 58103

**Non-Negotiable - This Is Not A Check**

**WEP-DAG Buyer, LLC**
2001 East 39th St N
Sioux Falls, SD 57104

626   05/23/2024   (52973)

**Gerald K. Ulrich**
1802 40th St S
Apt 306
Fargo, ND 58103

**Personal & Confidential**

**#626 - Gerald K. Ulrich**  
Voucher #(52864)  
Pay Date: 05/09/2024  
Pay Period: 04/21/2024-05/04/2024

### Earnings

|  | Hours | Current | YTD |
|---|---|---|---|
| PTO |  |  | 1,250.00 |
| Salary | 80.00 | 2,500.00 | 23,750.00 |
| **Gross Pay** |  | **2,500.00** | **25,000.00** |

### Deductions

|  | Current | YTD |  |
|---|---|---|---|
| Child Support | 291.24 | 2,912.40 |  |
| Dental Insurance | 57.51 | 575.10 | [1] |
| Med Ins | 288.00 | 2,880.00 | [1] |
| Uniform |  | 72.00 |  |
| 401k | 75.00 | 750.00 | [2] |
| **Total** | **711.75** | **7,189.50** |  |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,079.49 | 20,794.90 | 173.23 | 1,350.75 |
| FICA | 2,154.49 | 21,544.90 | 133.58 | 1,335.80 |
| MEDI | 2,154.49 | 21,544.90 | 31.24 | 312.40 |
| SIT:ND | 2,079.49 | 20,794.90 | 2.00 | 20.00 |
| **Total** |  |  | **340.05** | **3,018.95** |

### Net Pay

|  | Current | YTD |
|---|---|---|
| Net Pay | 1,448.20 | 14,791.55 |
| Checking (3546) | 1,448.20 | 14,791.55 |

### Accruals

|  | Accrued To | Accrued | Taken | Bal. |
|---|---|---|---|---|
| PTO | 05/05/2024 | Hrs: 81.21 | 8.00 | 73.21 |
| Short Term Disability | 05/05/2024 | Hrs: 26.98 | 0.00 | 26.98 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[2] Reduces your Federal & State Withholding Taxable Wage

WEP-DAG Buyer, LLC 2001 East 39th St N, Sioux Falls, SD 57104      1 of 1

---

**WEP-DAG Buyer, LLC**  
2001 East 39th St N  
Sioux Falls, SD 57104

Pay Date: 05/09/2024  
Voucher #: (52864)

**Deposited To The Account(s) Of**  
Gerald K. Ulrich

| Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|
| 1 | Checking | XXXXX3546 | 091310521 | 1,448.20 |

626  05/09/2024  (52864)

**Gerald K. Ulrich**  
1802 40th St S  
Apt 306  
Fargo, ND 58103

**Non-Negotiable - This Is Not A Check**

**WEP-DAG Buyer, LLC**  
2001 East 39th St N  
Sioux Falls, SD 57104