Certificate Number: 16339-ND-DE-038558874

Bankruptcy Case Number: 23-30241



16339-ND-DE-038558874

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2024, at 2:47 o'clock PM EDT, Gerald Ulrich completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date: June 10, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor